UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| HILLCREST GOLF & COUNTRY CLUB,<br><br>Plaintiff,<br><br>v.<br><br>DEPOSITORS INSURANCE COMPANY and NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>Defendants, | Case No. 4:23-cv-04091-KES<br><br><br>**JOINT MOTION FOR DISMISSAL** |

COMES NOW Plaintiff Hillcrest Golf & Country Club, by and through its counsel of record, Derek A. Nelsen of Fuller, Williamson, Nelsen & Preheim LLP and Defendants Depositors Insurance Company and Nationwide Mutual Insurance Company, by and through its counsel of record, Daniel R. Fritz of Ballard Spahr LLP, and hereby move, pursuant to Fed. R. Civ. P. Rule 41(a)(2) for dismissal of all claims herein with prejudice on their merits, without further notice of hearing and with each party bearing its own costs, expenses and attorneys' fees.

Dated: June 5, 2024

Fuller, Williamson, Nelsen & Preheim

By: _____
Derek A. Nelsen
Email: dnelsen@fullerandwilliamson.com
605-978-5200
7521 South Louise Avenue
Sioux Falls, SD 57108

*Attorneys for Plaintiff*

2

Dated: June 5, 2024    Ballard Spahr LLP

By:    /s/ Daniel R. Fritz
Daniel R. Fritz
Email: fritzd@ballardspahr.com
605-978-5200
101 South Reid Street, Suite 302
Sioux Falls, SD 57103-7030

*Attorneys for Defendants*

2